

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-22-00187-CV |
| Trial Court Cause Number: | 2019-05241A |
| Style: | Dharmesh Patel, MD and Avinash Patel |
| | v. Swetanshu Chaudhari, MD |
| Date motion filed*: | November 14, 2022 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | Appellants |
| Document to be filed: | Reply Brief |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | November 28, 2022 |
| Number of previous extensions granted: | 0 |
| Date Requested: | January 9, 2023 |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **January 9, 2023**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ April L. Farris
           ☒ Acting individually      ☐ Acting for the Court

Date: November 17, 2022